Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Pennsylvania_

_3rd Circuit_ Division

|  |  |  |
|---|---|---|
| Decorey C. Pitts | ) | Case No. _____ |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| see attached | ) | |
| _____ | ) | |
| Defendant(s) | ) | |
| _(Write the full name of each defendant who is being sued.  If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.  Do not include addresses here.)_ | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Decorey C. Pitts / Decorey C. Pitts El* |
| All other names by which you have been known: | |
| ID Number | *QF8324* |
| Current Institution | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Charles Schars* |
| Job or Title *(if known)* | *President of Wells Fargo* |
| Shield Number | |
| Employer | *Wells Fargo* |
| Address | *8480 Stagecoach Circle* |
| | *Frederick       MD       21701* |

*City       State       Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | *Jon O. Freeman* |
| Job or Title *(if known)* | *Member* |
| Shield Number | |
| Employer | *Real Estate Growth Fund, LLC* |
| Address | *4300 Stevens Creek Blvd., St. 275* |
| | *San Jose       CA       95129* |

*City       State       Zip Code*

☒ Individual capacity    ☒ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
    Name                      _Jerry C. Sanders Jr._
    Job or Title *(if known)*     _Sherrif_
    Shield Number
    Employer               _Delaware County Sherrif's Department_
    Address                _201 West Front Street_
                             _Media_      _PA_      _19063_
                             City          State      Zip Code
                         ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                      _Esker L. Tatum Jr._
    Job or Title *(if known)*     _Deputy Facility Administrator_
    Shield Number
    Employer               _The Geo Group, Inc. / George W. Hill Correctional Facility_
    Address                _500 Cheyney Rd., P.O. Box 23A_
                             _Thornton_      _PA_      _19373_
                             City         State      Zip Code
                         ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

                                      _Other Defendants attached_

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    _Amendments I, II, IV, V I, VIII, X, XI, XIII, XIV_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I. Parties to This Complaint
   Continuation of Part B  1 of 2 pgs
Other Defendants

Defendant No. 5  Michael Chitwood

Job or Title  Superintendant

Shield Number

Employer  Upper Darby Township Police Department

Address  7236 West Chester Pike

Upper Darby          PA              19082
   City              State           Zip Code

☒ Individual Capacity    ☒ Offical Capacity

Defendant No. 6  Timothy Bernhardt

Job or Title  Superintendent

Shield Number

Employer  Upper Darby Township Police Department

Address  7236 West Chester Pike

Upper Darby          PA              19082
   City              State           Zip Code

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 7  Katayoun Copeland

Job or Title  Delaware County District Attorney

Shield Number

Employer  Delaware County

Address  201 West Front Street

Media      PA      19063
City      State      Zip Code

☒ Individual Capacity      ☒ Offical Capacity

Defendant No. 8  Jack Stollstiemer

Job or Title  Delaware County District Attorney
Shield Number

Employer  Delaware County

Address  201 West Front Street

Media      PA      Zip Code 19063
City      State      Zip Code

☒ Individual Capacity      ☒ Offical Capacity

Defendant No. 9  Bruno Nerone

Job or Title  Owner/Mover

Shield Number

Employer  CtA Property Services

Address  2149 Penrose Avenue

Philadelphia      PA      19145
City      State      Zip Code

☒ Individual Capacity      ☒ Offical Capacity

Defendant No. 10   Laurel Harry

Job or Title   Superintendent

Employer   SCI-Camp Hill

Address   SCI Camp Hill P.O. Box 200

Camp Hill                 PA                    17001-0200
City                        State                    Zip Code

☒ Individual Capacity        ☒ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Amendments I, II, IV, VI, VIII, X, XI, XIII, XIV*

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Brief attached marked Exhibit A and Also Statement of Claim*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *See Statement Attached and Also Exhibit A*

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*3/25/2019 – 36 Nth Harwood Ave., Upper Darby, Pa. 19083*

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

*George W. Hill Correctional Facility, P.O. Box 23, Thornton, Pa. 19373 – 3/20 to 12/18/2020*
*SCI-Camp Hill, P.O. Box 200, Camp Hill, Pa. 17001-0200*
*12/18/2020 to present date.*

Page 4 of 11

C.      What date and approximate time did the events giving rise to your claim(s) occur?

March 25, 2019 — Now present date

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was illegally removed from my domicile, I was illegally detained, I was forced to be subject to people who do not have jurisdiction, I was and am being held hostage under extreme conditions, I wasn't given proper medical attention after contracting Covid-19, I have been neglected and discriminated against, my personal property has been destroyed or stolen, also my children and wife Sharon Gale has suffered as well. See continuation attached...

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Medical will only give pain relievers or antibiotics. They signed me up for therapy but I was never called. Insaumnia, Anxiety, Stress, Shoulder Pain, Hip Pain, Numb Toes, Neck Pain, Knee pain, Back Pains, Covid-19, Loss of property, Migranes, Blurred Vision, Labored breathing, chest pains

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like the court to remove me from their jurisdiction, hold them liable for the actual damages for my property of $40,610.00, nominal damages of $150,000,000.00, compensatory damages of $150,000,000.00, and punitive damages of $150,000,000.00. The basis for these claims are the collective conspired to violate my civil rights, I was denied procedual due process. The jail denied me access to the courts and kept me in conditions that put my life at risk.

1 of 5 pgs

IV Statement of Claim Part D Continuation

D.1 Wells Fargo claimed Sharon T. Gale had a contract with them but this wasn't true. Wells Fargo made the same attempts to circumvent the system like Real Estate Growth Fund LLC but were unsuccessful. Real Estate Growth Fund LLC appears from nowhere claiming ownership of Sharon T. Gale and my property. Next thing I know winter January 2019 Delaware County Sherrif's Department contacted Sharon T. Gale and I asserting we must vacate our domicile. A lot of people came to our aid to peacefully protest this injustice on Monday, January 28, 2019. There was no contact from anyone until March 25, 2019 when Upper Darby Township Swat/Police Kicked in our front and back doors fully armed putting weapons in Sharon's face, my children's face, and my face. We were handcuffed and removed. I was sent to Geoge W. Hill Correctional Facility on trumped up charges, later given an unfair trial, convicted, caught Covid-19 due to negligence, sentenced outside of the guidelines, sent to SCI-Camp Hill where I'm still being
2 mistreated. I hold liable Wells Fargo,

Real Estate Growth Fund LLC, Delaware County Sherrif's Department, Upper Darby Township Police Department, Delaware County District Attorney's Office, and C+A Property Services, and George W. Hill Correctional Facility/The Geo Group, Inc...

3  Wells Fargo initiated this crime, Real Estate Growth Fund LLC continued and completed the mission of filing fraudualent documents, making false claim because we had no contracts with either institution. This is grand larceny. We made every attempt to resolve this issue but was met with ignorance, tyranny, discrimination, intimidation, and fraudualent bank tactics.

4  The Delaware County Sherrif's Department acted as hitmen for hire and refused to listen or look at the evidence that was filed and given to them. They aided C+A Property Services in moving our personal property out of the domicile and some of the personal property was destroyed and stolen; also, they breached the domicile along with Upper Darby Township Swat/Police Department essentually becoming a conspirator to our abduction.

5  While in custody there was a shutdown due to Covid-19 on 3-13-2020. I was

(2)

scheduled for sentencing on 3-16-2020, that got continued. I was pro se but the jail (George W. Hill) closed the law library. I wrote to my trial judge to try to get my bail reinstated because I knew because of the unprofessional and incompitent way George W. Hill Correctional Facility was, and is, run my life was at risk (see attached exhibit H - H-10). George W. Hill Correctional Facility serves food on dirty trays, they don't give 2,000 calories per day, there is mold in the showers (I was housed on 4D, 4C, 8D, and 7D) all of them, they also denied me access to research at the law library (see attached Exhibit I - I¹). I'm not an attorney and I do not know what I need exactly and when I try to explain this no one cares, also; they refuse to help (see exhibit H).

6  I've called attorney's, wrote attorney, sent them my brief, wrote judges, but to no avail. This is why I was forced to hand wrote this and just do my best. When I got to SCI-Camp Hill it was worse because we were not allowed out of the cells except for a (10) ten minute phone call every other day and a (3) minute daily shower and

(3)

emergencies.

7  Since March 25, 2019 I was robbed, abducted, held hostage, denied procedual due process (see exhibit D and D1), charged and convicted on erroneous and duplicitous charges, held on an excessive bail of $250,000⁰⁰ cash, denied life and liberty and mocked (see exhibit C), discriminated (see exhibit B, B1, and B2) and this is tyranny. These people violated their oaths and ultimately put me in harms way so I contracted covid-19 and recieved little care and absolutely no after care and now I have to deal with health issues probably for the rest of my life. They filed fraudualant documents (Wells Fargo and Real Estate Growth Fund, LLC) (see exhibit E, E1, E2, and E3).

8  In support of my claim I also attached exhibit A, F, G, G1, and G2. I sat back and watched as the country, as well as Philadelphia release non-violent offenders to keep them safe. George W. Hill Correctional Facility claimed to be following CDC and CCDH guidelines but they kept me "within" (6) six feet of others at all times and I told them this (see exhibit H1) because they didn't listen I contracted covid-19 (see exhibits H3, H4, and H5).

(4)

9 As far as my property is concerned that's self-exsplainitory because whether you feel the Delaware County Sherrif's Department, Upper Darby Township Police Department, and CtA Property Services were within legal right to enter 36 Nth Harwood Avenue, Upper Darby, Pa. 19082 there is no way there is justification for destroying, stealing, and/or leaving my personal property (see exhibits G to GII). My family did try to get my property but were given excuses or told they didn't know where my property was.

10 The only question at this point is are you for tyranny or not, because my rights were and are violated? The parties named are liable and should without question be held accountable.

Declaration

I Sokhon Sam 19008398 certify I was a resident of/at George W. Hill Correctional Facility 11/3/19 to 12/18/20 where I was forced to endure frequent (24) twenty-four hour lock ins without recreation, at least once a week; but commonly more. I was then transfered to SCI-Camp Hill on 12/18/2020 where I was given absolutely no recreation. I was placed in a cell, R block 26 cell, and kept locked in except for a daily (3) three minute shower and every other day we were given a (5) five to (10) ten minute call but then locked back in. I was then moved to O block 17 cell on Friday 1/22/2021 where we are still locked in without recreation.

28 USC 1746

"I affirm (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Date: 1/27/2021        Signature
                        Name/Number   QF8335

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  George W. Hill Correctional Facility, Upper Darby Township Police Department, Media Courthouse, and SCI-Camp Hill.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Indifference, Amendment 1, 4, 5, 6, 8, 10, 11, 13, 14
Discrimination, negligence, intentional infliction of emotional distress

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

George W. Hill Correctional Facility and SCI-Camp Hill

2.    What did you claim in your grievance?

Constitutional violations

3.    What was the result, if any?

They tried to find procedual fault to dismiss.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I exhausted my remedies at George W Hill Correctional Facility and I'm waiting for the responce for the final steps at SCI-Camp Hill. I just followed the procedures given in the inmate hand books.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*see attached*

*It seems all they would like to do is find procedural errors to dismiss.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *No*

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

    4.   Name of Judge assigned to your case

        _____

    5.   Approximate date of filing lawsuit

        _____

    6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-1-2021

Signature of Plaintiff    *Decorey C. Pitts*

Printed Name of Plaintiff    Decorey C. Pitts

Prison Identification #    QF8324

Prison Address    SCI-Camp Hill, P.O. BOX 200

Camp Hill                    PA        17001-0200

      *City*                    *State*        *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

      *City*                    *State*        *Zip Code*

Telephone Number    _____

E-mail Address    _____

Decorey Pitts

QF8324

SCI- Camp Hill, P.O. Box 200

Camp Hill, PA 17001-0200

The Clerk of C

US District Cou

of Pennsylvani

US Court hou

601 Market

Phila, PA 1910

ourts

rt, Eastern

a

se

Street Rm 2609

6-1797